# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schoelen, Mary J. | U.S. Court of Appeals for Veterans Claims | 12/01/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge - Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

625 Indiana Avenue N.W., Ste 900
Washington, D.C. 20004

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schoelen, Mary J. | 12/01/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schoelen, Mary J. | 12/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. USAA Income Stock Fund (Roth IRA) | A | Int./Div. | J | T | | | | | |
| 2. Fidelity Spartan Intl Index Fund (FSPSX) (403(b)) | A | Int./Div. | J | T | | | | | |
| 3. Fidelity 500 Index Fund Premium Class (IRA) (Y) | | | | | | | | | |
| 4. Fidelity 500 Index Fund (FXAIX) (IRA) (X) | B | Int./Div. | K | T | | | | | |
| 5. Vanguard Institutional Index Fund (403(b)) (Y) | | | | | | | | | |
| 6. Vanguard Inst Idx Inst Plus (VIIIX) (403(b)) (X) | C | Int./Div. | M | T | | | | | |
| 7. Vanguard Developed Markets Index Fund (403(b)) (Y) | | | | | | | | | |
| 8. Vanguard Ttl Intl Stk Idx Ins (VTSNX) (403(b)) (X) | B | Int./Div. | K | T | | | | | |
| 9. Vanguard Institutional Index Fund (401(a)) (Y) | | | | | | | | | |
| 10. Vanguard Inst Idx Inst Plus (VIIIX) (401(a)) (X) | C | Int./Div. | M | T | | | | | |
| 11. Vanguard Developed Markets Index Fund (401(a)) (Y) | | | | | | | | | |
| 12. Vanguard Ttl Intl Stk Idx Ins (VTSNX) (401(a)) (X) | A | Int./Div. | K | T | | | | | |
| 13. TIAA Traditional Fund | A | Interest | J | T | | | | | |
| 14. CREF Equity Index Fund | A | Dividend | K | T | | | | | |
| 15. TIAA/CREF International Equity Index (403(b)) (Y) | | | | | | | | | |
| 16. TIAA/CREF S&P 500 Index (403(b)) (Y) | | | | | | | | | |
| 17. TIAA Real Estate Fund | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schoelen, Mary J. | 12/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Mass Mutual S&P 500 Index Fd(Nrthrn Tr) (403(b)) | | None | K | T | | | | | |
| 19. | | | | | | | | | |
| 20. FIDELITY BROKERAGE ACCT | | | | | | | | | |
| 21. iShares EAFE Index exchange traded fund (EFA) | B | Dividend | K | T | | | | | |
| 22. S&P 500 Depository Recipt exchange traded fund (SPY) | B | Dividend | L | T | | | | | |
| 23. Berkshire Hathaway Inc Class B Common Stock (BRKB) | | None | K | T | | | | | |
| 24. Fidelity Spartan 500 Index Mutual Fund (FUSVX ) (Y) | | | | | | | | | |
| 25. Fidelity Fidelity 500 Index Fund (FXAIX) (X) | B | Int./Div. | L | T | | | | | |
| 26. Fidelity Total Bond Fund (FTBFX) | A | Dividend | J | T | | | | | |
| 27. | | | | | | | | | |
| 28. VANGUARD MUTUAL FUND ACCT | | | | | | | | | |
| 29. Total Stock Mkt Idx Adm (VTSAX) | B | Dividend | L | T | Buy (add'l) | 09/07/18 | J | | |
| 30. Total Bond Mkt Index Adm (VBTLX) | A | Dividend | K | T | Buy (add'l) | 09/07/18 | J | | |
| 31. | | | | | | | | | |
| 32. MERRILL EDGE BROKERAGE ACCT | | | | | | | | | |
| 33. T Rowe Price Extended (PEXMX) | A | Dividend | J | T | | | | | |
| 34. T Rowe Price Total (POMIX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schoelen, Mary J. | 12/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. BANK ACCOUNTS | | | | | | | | | |
| 37. Bank of America - Checking Acct. | | None | K | T | | | | | |
| 38. Ally Bank - Savings Account | A | Interest | J | T | | | | | |
| 39. Bank of America - Regular Savings Acct (Y) | | | | | | | | | |
| 40. | | | | | | | | | |
| 41. U.S. TREASURY-DIRECT ACCOUNTS | | | | | | | | | |
| 42. Series I Savings Bonds | A | Interest | J | T | Redeemed (part) | 05/01/18 | J | | |
| 43. Series I Savings Bonds | A | Interest | J | T | Redeemed (part) | 04/10/18 | J | | |
| 44. | | | | | Redeemed (part) | 06/04/18 | J | | |
| 45. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schoelen, Mary J. | 12/01/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 3-4: All the funds in the Fidelity 500 Index Fund Premium Class, reported in 2017, were converted by the account servicer to the Fidelity 500 Index Fund (FXAIX), on 11/2/2018. We had no input into this action.

Part VII, lines 5-6: All the funds in the Vanguard Institutional Index Fund, reported in 2017, were converted by the account servicer to the Vanguard Insititutional Index Insitutional Plus Fund (VIIIX) on 3/15/2018. We had no input into this action.

Part VII, lines 7-8: All the funds in the Vanguard Developed Markets Index Fund, reported in 2017, were converted by the account servicer to the Vanguard Total International Stock Index Fund Institutional (VTSNX) on 3/15/2018. We had no input into this action.

Part VII, lines 9-10: All the funds in the Vanguard Institutional Index Fund, reported in 2017, were converted by the account servicer to the Vanguard Insititutional Index Insitutional Plus Fund (VIIIX) on 3/15/2018. We had no input into this action.

Part VII, lines 11-12: All the funds in the Vanguard Developed Markets Index Fund, reported in 2017, were converted by the account servicer to the Vanguard Total International Stock Index Fund Institutional (VTSNX) on 3/15/2018. We had no input into this action.

Part VII, line 14: My spouse's former employer reinvested a $17.47 dividend into his CREF Equity Index R3 holdings on 12/6/2018.

Part VII, line 15: All the funds in the TIAA/CREF Intl Equity Index fund, reported in 2017, were converted by the account servicer to the Vanguard Total International Stock Index Fund Institutional (VTSNX) on 3/15/2018. We had no input into this action.

Part VII, line 16: All the funds in the TIAA/CREF S&P 500 Index Fund, reported in 2017, were converted by the account servicer to the Vanguard Insititutional Index Insitutional Plus Fund (VIIIX) on 3/15/2018. We had no input into this action.

Part VII, lines 24-15: All the funds in the Fidelity 500 Index Fund Premium Class, reported in 2017, were converted by the account servicer to the Fidelity 500 Index Fund (FXAIX), on 11/2/2018. We had no input into this action.

Part VII, line 39: The balance of this savings account fell below the reporting threshold by 12/31/2018.

| Name of Person Reporting | Date of Report |
|---|---|
| Schoelen, Mary J. | 12/01/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary J. Schoelen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544